IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID ELLERBY,

    Petitioner,

v.                                                CASE NO. 1:06-cv-00244-MP-AK

JAMES MCDONOUGH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Court agrees that because Petitioner attacks a conviction out of Putnam County, this case is properly transferred. The time for filing objections has passed and none have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this _1st_ day of May, 2007

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge